**Fill in this information to identify the case:**

Debtor    Mondo Tees, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10487
(if known)

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $76,376.53

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $12,893,590.66

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $12,969,967.19

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .    $105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .    NOT APPLICABLE

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .    **+**    $972,513.21

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $106,504,909.39
    Lines 2 + 3a + 3b

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor | Mondo Tees, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10487 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1.  **1.  Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**DELETED**

| 2.9 | **Creditor's name**<br>FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address**<br>AS ADMINISTRATIVE AGENT<br>ATTN: D. BROOKS, D. SHARPE, ET AL<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>NEW YORK, NY  10105 | **Describe the lien**<br>UCC FILING NUMBER - 180020637724<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Creditor's email address**<br>GCCREDIT@FORTRESS.COM;<br>CREDITOPERATIONS@FORTRESS.COM;<br>BSTEWART@FORTRESS.COM;<br>MPOLIDORO@FORTRESS.COM | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>1/22/2021 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent | | |
| | **Last 4 digits of account number:** | ☑ Unliquidated<br>☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor    Mondo Tees, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10487
(if known)

☑ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
     ☑ No. Go to Part 2.
     ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                       Amount of claim

### ADDITION

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,271.48 |
|---|---|---|---|

         ALAN HOWARTH INC
         298 CHESTERFIELD 166
         NEWPORT BEACH, CA 92660

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### AMENDED

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $252.03 |
|---|---|---|---|

         ANDREW HUNG
         3908 AVENUE B
         AUSTIN, TX 78751

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Mondo Tees, LLC                              Case number (if known)   21-10487

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

### AMENDED

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $15,105.29 |
| --- | --- | --- | --- |
|  | ASIA PACIFIC OFFSET LTD<br>UNIT C-3, 11/F, YEUNG YIU CHUNG (NO.8)<br>IND / BLDG. 20 WANG HAI ROAD<br>KOWLOON BAY<br>HONG KONG | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
|  | VARIOUS | **Is the claim subject to offset?** | |
|  | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | |

### DELETED

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $73.47 |
| --- | --- | --- | --- |
|  | ASONGS MUSIC PUBLISHING LLP<br>FULHAM PALACE, BISHOPS AVENUE<br>LONDON  SW6 6EA<br>UNITED KINGDOM | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
|  | VARIOUS | **Is the claim subject to offset?** | |
|  | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | |

### ADDITION

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $900.45 |
| --- | --- | --- | --- |
|  | BLANCK MASS<br>3 MILLS STUDIO<br>MILL LANE<br>LONDON  E3 3DU<br>UNITED KINGDOM | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
|  | VARIOUS | **Is the claim subject to offset?** | |
|  | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | |

### AMENDED

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $270.12 |
| --- | --- | --- | --- |
|  | CARL THIEL<br>4764 PARK GRANADA<br>STE 110<br>CALABASAS, CA  91302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>ROYALTY | |
|  | VARIOUS | **Is the claim subject to offset?** | |
|  | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
|------|------|------|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,046.40 |
|---|---|---|---|

CBS CONSUMER PRODUCTS
1515 BROADWAY FL 41
NEW YORK, NY 10036-8901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### ADDITION

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,990.23 |
|---|---|---|---|

CHANEY ENTERTAINMENT, INC.
PO BOX 4550
PALM SPRINGS, CA 92263

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### ADDITION

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $937.81 |
|---|---|---|---|

DARTH RIMMER
C/O DARTH RIMMER
17958 WELBY WAY
RESEDA, CA 91335

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### ADDITION

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,725.85 |
|---|---|---|---|

DATA DISCS LTD
11 HAVEN GREEN
LONDON W5 2UU
UNITED KINGDOM

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

Amount of claim

**AMENDED**

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,000.00 |

FONS PR INC.
4408 BURNET RD A
SUITE 210
AUSTIN, TX 78756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**DELETED**

| 3.50 | **Nonpriority creditor's name and mailing address** | $1,000.00 |

FRANCESCO FRANCAVILLA
4480-H SOUTH COBB DRIVE 163
SMYRNA, GA 30080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**AMENDED**

| 3.51 | **Nonpriority creditor's name and mailing address** | $15.00 |

GABRIEL CHICIOINE
3908 AVENUE B
AUSTIN, TX 78751

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY

**Is the claim subject to offset?**
☒ No
☐ Yes

**AMENDED**

| 3.52 | **Nonpriority creditor's name and mailing address** | $91.94 |

GRAHAM REZNICK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

<div align="right">Amount of claim</div>

### ADDITION

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $458.40 |
|---|---|---|---|

GRINDHOUSE RELEASING
DBA GRINDHOUSE RELEASING
12119 LAUREL TERRACE DRIVE
STUDIO CITY, CA  91604

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### ADDITION

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $937.81 |
|---|---|---|---|

IMP HOUSE LLC
C/O DARTH RIMMER
17958 WELBY WAY
RESEDA, CA  91335

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### ADDITION

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $192.00 |
|---|---|---|---|

IMPERIAL POLYFARM PRODUCTIONS
2619 CARLOW DR
AUSTIN, TX  78745

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### AMENDED

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $327.32 |
|---|---|---|---|

JOEL BREISCH
816 S. MCLOUGHLIN BLVD
OREGON CITY, OR  97045

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Mondo Tees, LLC
        _____     Case number (if known) _____
        (Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

## AMENDED

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,326.00 |
| | JOSH SCHAFER | *Check all that apply.* |
| | 3908 AVENUE B | ☐ Contingent |
| | AUSTIN, TX  78751 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | ROYALTY |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

## ADDITION

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $340.82 |
| | KEITH CALDER | *Check all that apply.* |
| | 11311 VENICE BLVD | ☐ Contingent |
| | LOS ANGELES, CA  90066 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

## DELETED

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,039.96 |
| | NEON RATED, LLC | *Check all that apply.* |
| | 580 BROADWAY STE 1200 | ☐ Contingent |
| | NEW YORK, NY  10012 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | ROYALTY OBLIGATION |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

## ADDITION

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,500.00 |
| | NEON RATED, LLC | *Check all that apply.* |
| | 580 BROADWAY STE 1200 | ☐ Contingent |
| | NEW YORK, NY  10012 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| Debtor | Mondo Tees, LLC | | Case number (if known) | 21-10487 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### DELETED

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $87.15 |
|---|---|---|---|

OLMSTED-KIRK
PO BOX 841037
DALLAS, TX 75284-1037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.00 |
|---|---|---|---|

PAT BISHOW
3960 47TH ST
SUNNYSIDE, NY 11104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $400.00 |
|---|---|---|---|

PATRICK THOMAS
PO BOX 10365
BURBANK, CA 91510-0365

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
THIRD PARTY CONSULTANT

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $141,258.20 |
|---|---|---|---|

SONY MUSIC CUSTOM MARKETING
SONY MUSIC ENTERAINMENT
26966 NETWORK PLACE
CHICAGO, IL 60673-1269

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Mondo Tees, LLC

(Name)

Case number (if known)    21-10487

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

### ADDITION

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $123.10

SPIDER-MAN MERCHANDISING LP
10202 WASHINGTON BLVD
CULTER CITY, CA  90232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,981.37

TIKI FARM INC.
1120 CALLE CORDILLERA, STE 101
SAN CLEMENTE, CA  92673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,861.13

TOM MCDOWELL
48 HUGON RD
FULHAM, LONDON  SW6 3EN
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $84,961.50

UMGD
PO BOX 98336
BANK OF AMERICA
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Mondo Tees, LLC

(Name)

Case number (if known)  21-10487

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

## DELETED

3.118  **Nonpriority creditor's name and mailing address**

WEA-WSM
32253 COLLECTION CENTER DR
CHICAGO, IL  60693-0322

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$208,706.92

## AMENDED

3.123  **Nonpriority creditor's name and mailing address**

YOSIELL LORENZO
3940 ARDLEY AVE
OAKLAND, CA  94602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. | Total claims from Part 1 | 5a. | | **NOT APPLICABLE** |
| 5b. | Total claims from Part 2 | 5b. | + | **$972,513.21** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$972,513.21** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Mondo Tees, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10487 |

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | **ADDITION** | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC CONTRACT | ADAM WINGARD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | **ADDITION** | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC CONTRACT | ALAN HOWARTH, INC. 298 CHESTERFIELD 166 NEWPORT BEACH, CA  92660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | **ADDITION** | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | ALEX PARDEE 3043 GLENHURST AVE LOS ANGELES, CA  90039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | **ADDITION** | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | BETHESDA/ZENIMAX MEDIA 1370 PICCARD DR ROCKVILLE, MD  20850 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Mondo Tees, LLC                                                    Case number (if known)    21-10487

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT · BLACK DRAGON PRESS<br>8 NORTH WORPLE WAY<br>LONDON  SW14 8QG<br>UNITED KINGDOM |
| **ADDITION** | |
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT · BLAIR BROTHERS MUSIC<br>8319 ARDLEIGH ST<br>PHILADELPHIA, PA  19118 |
| **ADDITION** | |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT · BLOCK 2 DISTRIBUTION<br>SEA MEADOW HOUSE<br>BLACKBURNE HIGHWAY, ROAD TOWN<br>TORTOLA<br>BRITISH VIRGIN ISLANDS |
| **ADDITION** | |
| 2.16 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC CONTRACT · CARL THIEL<br>4764 PARK GRANADA<br>STE 110<br>CALABASAS, CA  91302 |
| **ADDITION** | |
| 2.26 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT · CHANEY ENTERTAINMENT, INC<br>PO BOX 4550<br>PALM SPRINGS, CA  92263 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** ||
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT | COLLECTORS EDITIONS (CYCLOPS)<br>ERIC LANGE<br>9002 ETON AVENUE<br>CANOGA PARK, CA 91304 |

| | | | |
|---|---|---|---|
| **ADDITION** |||||
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MERCHANDISING LICENSE AGREEMEMT | COMPASS INTERNATIONAL PICTURES INC<br>2021 PONTIUS AVENUE<br>LOS ANGELES, CA 90025 |
| **ADDITION** |||||
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC CONTRACT | CONCORD BICYCLE ASSETS<br>C/O CONCORD MUSIC GROUP, INC<br>100 N. CRESCENT DR<br>BEVERLY HILLS, CA 90210 |
| **ADDITION** |||||
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-EXCLUSIVE VINYL DISTRIBUTION | CUT NARRATIVE RECORDS LLC<br>825 E. 4TH ST., 209<br>LOS ANGELES, CA 90013 |
| **ADDITION** |||||
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT | EPIC GAMES<br>ATTN: KATE LIU<br>304 PARK AVE SOUTH<br>NEW YORK, NY 10010 |

Debtor    Mondo Tees, LLC                                    Case number (if known) 21-10487

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | FOREVER STOKED, LLC C/O PRETTIEST PRINCESS GAMES ATTN: MATT LOTER 81 BEACON AVE NEW HAVEN, CT 06512 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | IMP HOUSE GAMES C/O DARTH RIMMER 17958 WELBY WAY RESEDA, CA 91335 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | JESSIEFILM, INC. 13835 CHANDLER BLVD SHERMAN OAKS, CA 91401 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | KIM HENKEL AND ROBERT KUHN 108 GARFIELD PLACE BROOKLYN, NY 11215 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISING LICENSE AGREEMENT | KONAMI DIGITAL ENTERTAINMENT, INC. 14500 AVIATION BLVD HAWTHORNE, CA 90250-6655 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Mondo Tees, LLC _____    Case number (if known) _21-10487_

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

<div align="center">**ADDITION**</div>

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANDISING LICENSE AGREEMENT | KONAMI DIGITAL ENTERTAINMENT, INC. 14500 AVIATION BLVD HAWTHORNE, CA 90250-6655 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<div align="center">**ADDITION**</div>

| | | |
|---|---|---|
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANDISING LICENSE AGREEMENT | KONAMI DIGITAL ENTERTAINMENT, INC. 14500 AVIATION BLVD HAWTHORNE, CA 90250-6655 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<div align="center">**ADDITION**</div>

| | | |
|---|---|---|
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSUMER PRODUCTS CONTRACT | LEGION M ENTERTAINMENTINC. 6425 CHRISTIE AVE STE 500, 5TH FLOOR SAN FRANCISCO, CA 94608 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<div align="center">**ADDITION**</div>

| | | |
|---|---|---|
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | MUSIC CONTRACT | LITTLE JACKET INDUSTRIES C/O SHENFELD LAW PC ATTN: BRADLEY MARC SHENFELD 16255 VENTURA BLVD, STE 201 ENCINO, CA 91436-2300 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<div align="center">**ADDITION**</div>

| | | |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | MUSIC CONTRACT | LOVE THY NEIGHBOR |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSUMER PRODUCTS CONTRACT | LUGOSI LLC |
|---|---|---|---|
| | | | 4342 BELAIR DRIVE |
| | | | LA CANADA FLINTRIDGE, CA  91011 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**ADDITION**

| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSUMER PRODUCTS CONTRACT | MAD DUCK POSTERS |
|---|---|---|---|
| | | | ATTN BRAD CRITES |
| | | | PO BOX 124 |
| | | | LEWIS CENTER, OH  43035 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**ADDITION**

| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | MUSIC CONTRACT | MADISON GATE RECORDS, INC |
|---|---|---|---|
| | | | 10202 W. WASHINGTON BLVD. |
| | | | CULVER CITY, CA  90232 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**ADDITION**

| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | MUSIC CONTRACT | MADISON GATE RECORDS, INC |
|---|---|---|---|
| | | | 10202 W. WASHINGTON BLVD. |
| | | | CULVER CITY, CA  90232 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**ADDITION**

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | MARVEL BRANDS LLC |
|---|---|---|---|
| | | | 1290 AVENUE OF THE AMERICAS |
| | | | 2ND FLOOR |
| | | | NEW YORK, NY  10104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.82  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUSIC CONTRACT | MILAN RECORDS<br>ATTN PABLO MANYER<br>3500 W OLIVE AVE, STE 750<br>BURBANK, CA  91505 |
| **ADDITION** | |
| 2.83  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSUMER PRODUCTS CONTRACT | MITCH RYCKMAN AND TREVAN HASKELL |
| **ADDITION** | |
| 2.85  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSUMER PRODUCTS CONTRACT | NICK PRUEHER - DREAM CRUSH GAME |
| **ADDITION** | |
| 2.86  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT | NONESUCH RECORDS<br>1633 BROADWAY<br>NEW YORK, NY  10019 |
| **ADDITION** | |
| 2.87  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT | NONESUCH RECORDS<br>1633 BROADWAY<br>NEW YORK, NY  10019 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANDISING LICENSE AGREEMENT | PARAMOUNT LICENSING INC. PO BOX 748783 LOS ANGELES, CA 90074-8783 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | "UNMATCHED" AGREEMENT | RESTORATION GAMES, LLC 12717 W. SUNRISE BLVD. 244 SUNRISE, FL 33323 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | VINYL ALBUM LICENSE AGREEMENT | RIKA MURANAKA 2309 SANTA MONICA BLVD SANTA MONICA, CA 90404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | MUSIC CONTRACT | SECRETLY GROUP ATTN: KRAEGAN 213 S. ROGERS ST., STE 2 BLOOMINGTON, IN 47404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANDISE SCHEDULE NUMBER 3 | SONY INTERACTIVE ENTERTAINMENT LLC 2207 BRIDGEPOINTE PARKWAY SAN MATEO, CA 94404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.100  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | VINYL ALBUM LICENSE AGREEMENT - BAD BATCH | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |


| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

2.100  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

VINYL ALBUM LICENSE AGREEMENT - BAD BATCH

SOUNDTRACK RECORDS
DBA LAKESHORE RECORDS
LOS ANGELES, CA 90038

**ADDITION**

2.101  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

VINYL ALBUM LICENSE AGREEMENT - BLAIR WITCH

SOUNDTRACK RECORDS
DBA LAKESHORE RECORDS
LOS ANGELES, CA 90038

**ADDITION**

2.102  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

VINYL ALBUM LICENSE AGREEMENT - COLOSSAL

SOUNDTRACK RECORDS
DBA LAKESHORE RECORDS
LOS ANGELES, CA 90038

**ADDITION**

2.103  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

VINYL ALBUM LICENSE AGREEMENT - DESTROYER

SOUNDTRACK RECORDS
DBA LAKESHORE RECORDS
LOS ANGELES, CA 90038

**ADDITION**

2.104  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

VINYL ALBUM LICENSE AGREEMENT - HANNIBAL

SOUNDTRACK RECORDS
DBA LAKESHORE RECORDS
LOS ANGELES, CA 90038

| Debtor | Mondo Tees, LLC | | Case number (if known) | 21-10487 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

<div align="center">**ADDITION**</div>

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - HELLRAISER | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<div align="center">**ADDITION**</div>

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - HELLRAISER II & HELLRAISER III | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<div align="center">**ADDITION**</div>

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - INGRID GOES WEST | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<div align="center">**ADDITION**</div>

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - LUCY IN THE SKY | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<div align="center">**ADDITION**</div>

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - MASTER OF NONE | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VINYL ALBUM LICENSE AGREEMENT - MISSING LINK | SOUNDTRACK RECORDS<br>DBA LAKESHORE RECORDS<br>LOS ANGELES, CA 90038 |

### ADDITION

| 2.111 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VINYL ALBUM LICENSE AGREEMENT - MUD | SOUNDTRACK RECORDS<br>DBA LAKESHORE RECORDS<br>LOS ANGELES, CA 90038 |

### ADDITION

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VINYL ALBUM LICENSE AGREEMENT - SYNCHRONICITY | SOUNDTRACK RECORDS<br>DBA LAKESHORE RECORDS<br>LOS ANGELES, CA 90038 |

### ADDITION

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VINYL ALBUM LICENSE AGREEMENT - THE WIND | SOUNDTRACK RECORDS<br>DBA LAKESHORE RECORDS<br>LOS ANGELES, CA 90038 |

### ADDITION

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VINYL ALBUM LICENSE AGREEMENT | SPARKS & SHADOWS LLC<br>DBA LAKESHORE RECORDS<br>LOS ANGELES, CA 90038 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** ||
| 2.115  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSUMER PRODUCTS CONTRACT | STUDIO CANAL CREATIVE LICENSING CORPORATION<br>C/O CREATIVE LICENSING CORP<br>ATTN: KIM PENNY VP<br>10940 WILSHIRE BLVD ST 1600<br>LOS ANGELES, CA  90024-3910 |
| **ADDITION** |||
| 2.116  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUSIC CONTRACT | STUDIO PONOC<br>NIIKURA BLDG., 2-10-21<br>KYONANCHO, MUSASHINO-SHI<br>TOKYO  180-0023<br>JAPAN |
| **ADDITION** |||
| 2.117  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUSIC CONTRACT | THE BLASTING COMPANY<br>3756 W AVE 40<br>STE K 218<br>LOS ANGELES, CA  90065 |
| **ADDITION** |||
| 2.119  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUSIC CONTRACT | TIMOTHY (FIFE) BRACKET |
| **ADDITION** |||
| 2.127  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT - JAWBREAKER SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA  90404 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - JURASSIC PARK SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES 2220 COLORADO AVE SANTA MONICA, CA 90404 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - MISSION IMPOSSIBLE SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES 2220 COLORADO AVE SANTA MONICA, CA 90404 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - NEW FOUND GLORY | UNIVERSAL MUSIC ENTERPRISES 2220 COLORADO AVE SANTA MONICA, CA 90404 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - POPSTAR SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES 2220 COLORADO AVE SANTA MONICA, CA 90404 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - SILENCE OF THE LAMBS SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES 2220 COLORADO AVE SANTA MONICA, CA 90404 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.133 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT - THE BIG LEBOWSKI | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA  90404 |
| **ADDITION** | |
| 2.135 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MERCHANDISING LICENSE AGREEMENT | VALVE CORPORATION<br>10400 NE 4TH ST<br>STE 1400<br>BELLEVUE, WA  98004 |
| **ADDITION** | |
| 2.137 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VINYL ALBUM LICENSE AGREEMENT | WALT DISNEY MUSIC COMPANY<br>WALT DISNEY RECORDS - 101622<br>C/O JPMORGAN CHASE<br>PASADENA, CA  91189-1622 |
| **ADDITION** | |
| 2.139 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC AGREEMENT - 2001: A SPACE ODYSSEY | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA  91522 |
| **ADDITION** | |
| 2.140 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC AGREEMENT - AQUAMAN | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA  91522 |

Debtor    Mondo Tees, LLC _____    Case number (if known) 21-10487

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - BATMAN: THE ANIMATED SERIES BOX SET VOL 2 | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - MAD MAX FURY ROAD | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - MIDNIGHT SPECIAL | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - OVER THE GARDEN WALL | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - SINGING IN THE RAIN | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| | | | |
|---|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - SUPERMAN: THE ANIMATED SERIES | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA 91522 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - THE SHINING | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA 91522 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - THE WIZARD OF OZ | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA 91522 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - WONDER WOMAN | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA 91522 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - ZACH SNYDER'S JUSTICE LEAGUE | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA 91522 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Mondo Tees, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| | | |
|---|---|---|
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC CONTRACT |

WOJCIECH GOLCZEWSKI
ROZANA 4
SKORZEWO  60-185
POLAND

### ADDITION

| | | |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS LICENSE AGREEMENT |

WORLD WRESTLING ENTERTAINMENT
1241 EAST MAIN STREET
STAMFORD, CT  00690

### ADDITION

| | | |
|---|---|---|
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC CONTRACT |

YELLOW VEIL PICTURES
1894 COMMONWEALTH AVE.
MERRICK, NY  11566

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Mondo Tees, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10487</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                                                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021                         ✖  /s/ Matthew Vonderahe
              MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                                    Matthew Vonderahe
                                                    Printed name

                                                    Chief Financial Officer
                                                    Position or relationship to debtor