

**m DEPARTMENT OF REVENUE**

April 1, 2022

ID: XX-XXX6900
Letter ID: L1828034336

#BWBBMRR
#0000 0182 8034 3361#
UNITED STATES BANKRUPTCY COURT
DIST OF DE - WILMINGTON
824 MARKET ST N
3RD FLOOR
WILMINGTON, DE 19801



## The Minnesota Department of Revenue is withdrawing a claim

We are withdrawing claim 45 filed on April 20, 2021 for **$8,174.12**, without prejudice.

Debtor name:   MONDO TEES LLC
Debtor ID:     XX-XXX6900
Case:          21-10487
Chapter:       Chapter 11

### Contact information

Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

### Mailing address

Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447

STATE OF MINNESOTA
Commissioner of Revenue

by: *[signature]*

600 N. Robert St., St. Paul, MN 55101
www.revenue.state.mn.us

An equal opportunity employer
*This material is available in alternate formats.*